**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **MELANIE JOSEPH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00645-SRB |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DISCLOSURE OF CORPORATION INTERESTS

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant, The Lincoln National Life Insurance Company, hereby gives notice the following corporate interests are disclosed:

1. **The Lincoln National Life Insurance Company** is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

2. No subsidiaries (other than wholly-owned subsidiaries) or other affiliates of Defendant The Lincoln National Life Insurance Company have issued shares to the public.

Dated: September 12, 2025.

Respectfully submitted,

By: */s/ Dan S. Folluo*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]

- and -

Iwana Rademaekers (Texas Bar No. 16452560)
(*Pro Hac Vice Application Pending*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 12th day of September 2025 to be served by operation of the Court's electronic filing system upon the following:

Derrick A. Pearce
dpearce@burnettdriskill.com

Benjamin Narrell
bnarrell@burnettdriskill.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo