**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MELANIE JOSEPH,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-00645-CV-W-SRB |

**JOINT NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Melanie Joseph and Defendant Lincoln National Life Insurance Company, by and through their respective counsel, and provide notice that the parties have reached an agreement which fully resolves the action. The parties request sixty (60) days to complete the settlement agreement and to file a Joint Stipulation of Dismissal With Prejudice.

Respectfully submitted,


*/s/ Benjamin Narrell*
Derrick A. Pearce MO #42793
Benjamin R. Narrell MO #76715
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836 / (816) 792-3634 (fax)
dpearce@burnettdriskill.com
bnarrell@burnettdriskill.com
BURNETTDRISKILL, Attorneys
**ATTORNEYS FOR PLAINTIFF**

*/s/ Iwana Rademaekers (w/ consent)*
Iwana Rademaekers, Pro Hac Vice
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Dan S. Folluo MO#66582
dfolluo@rhodesokla.com
RHODES HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
**ATTORNEYS FOR DEFENDANT**